**ORDERED ACCORDINGLY.**

**Dated: May 31, 2016**



*George B. Nielsen, Bankruptcy Judge*
_____

Chris D. Barski (No. 024321)
**BARSKI LAW PLC**
14500 N. Northsight Blvd., Suite 208
Scottsdale, AZ 85260
Telephone: (602) 441-4700
Facsimile: (602) 680-4305
cbarski@bdbattorneys.com
*Attorneys for Niles Lipin*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NILES LIPIN,<br><br>    Debtor. | Chapter 11 Proceedings<br><br>Case No.: 2:11-bk-26500-GBN<br><br>**ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN** |

This matter having come before the Court for hearing on the Debtor's Second Amended Plan of Reorganization (the "Plan") and having determined at the confirmation hearing upon notice to all creditors and parties in interest that the requirements for confirmation set forth under 11 U.S.C. 1129(a) and 11 U.S.C. § 1129(b) are satisfied.

**IT IS HEREBY ORDERED** as follows:

1. The Debtor's Plan of Reorganization, a copy of which is attached hereto as Exhibit "1", shall be and hereby is confirmed by the Court.

2. The Debtor is authorized and empowered to do all acts and execute all documents necessary to implement the Plan and the occurrence of the Effective Date.

3. Any objections to confirmation of the Plan shall be, and hereby are, overruled and denied by the Court.

4. Any signed stipulations are hereby incorporated into the Plan.

**DATED AND SIGNED ABOVE.**

**APPROVED AS TO FORM:**

| | |
|---|---|
| 1 | **The Keating Law Firm PLC** |
| 2 | **/s/Kevin Keating w/permission** |
| 3 | Kevin R. Keating |
|   | The Keating Law Firm, PLC |
| 4 | Suite 300, Gainey Ranch Town Center |
|   | 7702 E. Doubletree Ranch Road |
| 5 | Scottsdale, Arizona 85258 |